IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELORIS PHILLIPS,<br>          Plaintiff,<br><br>v.<br><br>THE CITY OF DALLAS AKA<br>THE ONE/ONENESS ENTITY, *et al.*,<br>          Defendant. | Civil Action No. 3:14-cv-03131-M |

### DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S
### <u>CERTIFICATE OF INTERESTED PERSONS</u>

Lisa R. Hasday, Assistant United States Attorney, certifies pursuant to Local Civil Rules 3.1(c) and 7.4 of the Northern District of Texas that she is currently unaware of any person, other than the parties and their counsel, with a financial interest in the outcome of this case.

                              Respectfully submitted,

                              SARAH R. SALDAÑA
                              UNITED STATES ATTORNEY

                              <u>/s/ Lisa R. Hasday</u>
                              Lisa R. Hasday
                              Assistant United States Attorney
                              Texas State Bar No. 24075989
                              1100 Commerce Street, Third Floor
                              Dallas, Texas 75242-1699
                              Telephone: 214-659-8737
                              Facsimile: 214-659-8807
                              Email: Lisa.Hasday@usdoj.gov

                              Attorney for Defendant Federal Bureau of
                              Investigation

## **CERTIFICATE OF SERVICE**

      I certify that, on September 2, 2014, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's electronic case filing system. That system sends a "Notice of Electronic Filing" to the following attorneys in charge:

Stephanie K. Osteen
Texas Bar No. 24002713
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

Jason G. Schuette
Texas Bar No. 17827020
Dallas City Attorney's Office
1500 Marilla Street, 7th Floor
Dallas, Texas 75201

      The following party will be served by U.S. mail and electronic mail at the following addresses:

Deloris Phillips
P.O. Box 530236
Grand Prairie, Texas 75053
delorisphillips450@gmail.com

                                                      /s/ Lisa R. Hasday
                                                      Lisa R. Hasday
                                                      Assistant United States Attorney