IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELORIS PHILLIPS, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-CV-3131-M |
| CITY OF DALLAS, ET AL., | § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. On December 21, 2014, Plaintiff filed a Motion for Leave to Vacate [Dkt. No 23]. The Court treats that Motion as Plaintiff's objection to the Findings, Conclusions and Recommendation. That Motion is DENIED. The District Court has reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and has reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 14 day of January, 2015.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE